IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORA BLOCHER                                                                                   PLAINTIFF

VS.                              CASE NO. 4:07CV00810 BSM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this   29th   day of   May  , 2008.


_____
UNITED STATES DISTRICT JUDGE