IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORA BLOCHER                                                                              PLAINTIFF

VS.                          CASE NO. 4:07CV00810 BSM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this   29th   day of   May  , 2008.


_____
UNITED STATES DISTRICT JUDGE